UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*19 0015*
*nung 2/5/10*
RECEIVED  KH

10 FEB -5 AM 8:46

**IN RE:**

BERRY WOOLEY
NORMA E WOOLEY
          Debtor(s)

**UNCLAIMED DIVIDENDS FOR BANKRUPTCY COURT
DEPOSIT TO REGISTRY FUND** MINNEAPOLIS, MN

**CASE NO. BKY 06-42626 NCD**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Chase Bank, USA, N.A. in the amount of $12.25, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Chase Bank, USA, N.A.<br>Circuit City Private Label EPP<br>PO Box 100018<br>Kennesaw, GA 30156-4339 | 4 | $12.25 |

ACCOUNT NUMBER:
2045

                                        **Jasmine Z. Keller, Trustee**

Dated: January 29, 2010

                                        /s/ Jasmine Z. Keller/JJ
                                        Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee